UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWARD FURA,

    Plaintiff,

v.

Case No. 10-13298

Hon. John Corbett O'Meara

FEDERAL EXPRESS CORPORATION
LONG TERM DISABILITY PLAN, *et al.,*

    Defendants.
_____/

## ORDER GRANTING MOTION FOR STAY OF EXECUTION

Defendants seek a stay of execution of the judgment and a waiver of the supersedeas bond requirement.  See Fed. R. Civ. P. 62(d).  Under Rule 62(d), Defendants are entitled to an automatic stay of execution pending appeal, provided they post a supersedeas bond.  The court may waive the bond requirement when "the defendant's ability to pay the judgment is so plain that the cost of the bond would be a waste of money." Arban v. West Pub. Corp., 345 F.3d 390, 409 (6th Cir. 2003).  Here, Plaintiff has not filed a response and does not dispute that Defendants clearly have the ability to pay the judgment.

Accordingly, IT IS HEREBY ORDERED that Defendants' motion for stay and waiver of the bond requirement is GRANTED.

                                            s/John Corbett O'Meara
                                            United States District Judge

Date: September 20, 2012

     I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, September 20, 2012, using the ECF system.

                                         s/William Barkholz
                                         Case Manager